# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG STEWART,<br>      Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br>      Defendant. | CV 18-3329 DSF (ASx)<br><br>Order DENYING Motion to Remand |

    Defendant has established by a preponderance of the evidence that the amount in controversy exceeds $75,000. The motion to remand is DENIED.

    IT IS SO ORDERED.

Date: 6/4/18

*Dale S. Fischer*

Dale S. Fischer
United States District Judge