# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CRAIG STEWART, an individual;<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No 2:18-cv-03329-DSF-AS<br><br>(Removed from Los Angeles County Superior Court Case No. BC698563)<br><br>**ORDER**<br><br>*District Judge Dale S. Fischer*<br>*Magistrate Judge Alka Sagar*<br>*in Dept.: 7D* |

**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**

The entire action referenced above is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: May 10, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE